*In re* SNYDER.

CONSTITUTIONAL LAW—TITLE TO ACT.
> Act. No. 99, Pub. Acts 1889 (3 How. Stat. § 9314*d*), entitled
> "An act to provide for the punishment of crimes in certain
> cases," which makes it a felony to take indecent liberties with
> male children, is in violation of section 20, art. 4, of the Con-
> stitution, requiring the object of an act to be expressed in its
> title.

*Habeas corpus* by Leonard W. Snyder to inquire into
the cause of his detention by George E. Mallory, sheriff
of St. Clair county. Submitted November 19, 1895.
Prisoner discharged December 30, 1895.

*Thomas H. Murphy* (*James A. Muir*, of counsel), for
petitioner.

*Fred A. Maynard*, Attorney General, *Lincoln Avery*,
Prosecuting Attorney, and *Joseph Walsh*, Assistant Prose-
cuting Attorney, for respondent.

HOOKER, J. The petitioner is confined by reason of his
conviction under Act 99 of the Public Acts of 1889, be-
ing section 9314*d* of 3 How. Stat., entitled "An act to pro-
vide for the punishment of crimes in certain cases."

This act created a felony. Its title gives no hint as to
the character of the act to be punished, and therefore fails
to comply with the provisions of section 20 of article 4 of
the Constitution, requiring the object of the act to be ex-
pressed in its title.

The prisoner will be discharged.

The other Justices concurred.